B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

| In re | Electric Maintenance and Construction, Inc. | Case No. | 8:11-bk-18670 |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| US Small Business Administration<br>6801 Lake Worth Road<br>Room 209<br>Lake Worth, FL 33467 | US Small Business Administration<br>6801 Lake Worth Road<br>Room 209<br>Lake Worth, FL 33467 | Brooksville FBO 2nd lien | | 1,527,000.00<br><br>(0.00 secured) |
| Fidelity & Deposit of Maryland/<br>Zurich Insurance<br>1400 American Lane<br>Schaumburg, IL 60196-5452 | Fidelity & Deposit of Maryland/<br>Zurich Insurance<br>1400 American Lane<br>Schaumburg, IL 60196-5452 | Business Debt | Unliquidated | 540,000.00 |
| American Express<br>Attn: Bankruptcy Dept<br>P.O. Box 981540<br>El Paso, TX 79998 | American Express<br>Attn: Bankruptcy Dept<br>P.O. Box 981540<br>El Paso, TX 79998 | | | 410,224.94 |
| Bank Atlantic<br>2100 W. Cypress Creek Rd<br>Ft. Lauderdale, FL 33309 | Bank Atlantic<br>2100 W. Cypress Creek Rd<br>Ft. Lauderdale, FL 33309 | Brooksville FBO 1st lien | | 2,500,000.00<br><br>(2,100,000.00 secured) |
| Southern Electric Supply, Inc.<br>d/b/a Rexel Consolidated, Inc.<br>4680 LB McLoed Road<br>Orlando, FL 32811 | Southern Electric Supply, Inc.<br>d/b/a Rexel Consolidated, Inc.<br>4680 LB McLoed Road<br>Orlando, FL 32811 | Business Debt | Unliquidated | 283,978.00 |
| Internal Revenue Service<br>3848 W. Columbus Drive<br>Tampa, FL 33607 | Internal Revenue Service<br>3848 W. Columbus Drive<br>Tampa, FL 33607 | Payroll taxes | | 180,135.81 |
| Manhattan Kraft Construction, Inc.<br>204 Hoover Blvd.<br>Suite 112<br>Tampa, FL 33609 | Manhattan Kraft Construction, Inc.<br>204 Hoover Blvd.<br>Suite 112<br>Tampa, FL 33609 | Business Debt | | 150,000.00 |
| Wells Fargo<br>Attn: Bankruptcy Dept<br>6600 N Andrews Avenue<br>Fort Lauderdale, FL 33309 | Wells Fargo<br>Attn: Bankruptcy Dept<br>6600 N Andrews Avenue<br>Fort Lauderdale, FL 33309 | Ft. Lauderdale SFR 3rd mortgage | | 135,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re   Electric Maintenance and Construction, Inc.   Case No.   8:11-bk-18670
            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Graybar Electric Supply Company, Inc, 4010 West Osborne Ave Tampa, FL 33614 | Graybar Electric Supply Company, Inc, 4010 West Osborne Ave Tampa, FL 33614 | | | 109,468.20 |
| Ring Power, Inc. 10421 Fern Hill Drive Riverview, FL 33578 | Ring Power, Inc. 10421 Fern Hill Drive Riverview, FL 33578 | Business Debt | | 60,000.00 |
| Siemens Building Technologies, Inc. 8403 F. Benjamin Road Tampa, FL 33634 | Siemens Building Technologies, Inc. 8403 F. Benjamin Road Tampa, FL 33634 | Business Debt | | 60,000.00 |
| Crews Electric Testing, Inc. 6148 Tim Crews Road MacClenny, FL 32063 | Crews Electric Testing, Inc. 6148 Tim Crews Road MacClenny, FL 32063 | Business Debt | | 45,000.00 |
| Amerifactors P.O. Box 328004 Orlando, FL 32862-8004 | Amerifactors P.O. Box 328004 Orlando, FL 32862-8004 | Business Debt | | 39,000.00 |
| Lewis, Birch & Richards, LLC 1530 W. Cleveland Street Tampa, FL 33606 | Lewis, Birch & Richards, LLC 1530 W. Cleveland Street Tampa, FL 33606 | Professional Fees | | 29,740.14 |
| Maney, Damsker, Jones & Kuhlman PO Box 172009 Tampa, FL 33672-2009 | Maney, Damsker, Jones & Kuhlman PO Box 172009 Tampa, FL 33672-2009 | | | 19,903.57 |
| Excelerate Electric & Industrial Supply 2446 Success Dr Odessa, FL 33556 | Excelerate Electric & Industrial Supply 2446 Success Dr Odessa, FL 33556 | | | 19,256.86 |
| Collection Corporation 455 North 3rd Street Suite 260 Phoenix, AZ 85004-3924 | Collection Corporation 455 North 3rd Street Suite 260 Phoenix, AZ 85004-3924 | Business Debt | | 17,000.00 |
| The Madison at St Pete I&II c/o Holland and Knight 200 S. Orange Ave Suite 2600 Orlando, FL 32801-1526 | The Madison at St Pete I&II c/o Holland and Knight 200 S. Orange Ave Orlando, FL 32801-1526 | HOA Fees | | 10,000.00 |
| United Health Care Dept CH 10151 Palatine, IL 60055-0151 | United Health Care Dept CH 10151 Palatine, IL 60055-0151 | | | 8,858.37 |
| Big Ass Fans P.O. Box 1108 Lexington, KY 40588 | Big Ass Fans P.O. Box 1108 Lexington, KY 40588 | | | 8,724.95 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Electric Maintenance and Construction, Inc.
                                Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   Oct. 3, 2011           Signature   _____
                                          Edward A. Roseman
                                          President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.